UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE YVONNE VELASQUEZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant. | No. 5:24-cv-01067-E<br><br>[~~PROPOSED~~] JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 9/19/24

　　　　　　　　　　　　　　　　　　HON. CHARLES F. EICK
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-